THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
  Federal Building  Suite 7516
  300 North Los Angeles  Street
  Los Angeles, California
  Tel. 213 894-6117
  FAX: 213 894-7819
  Email:  Sharla.Cerra@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DANA JOSEPH,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>  Defendant. | CV 02-5207-MC  -RC<br><br><br>ORDER DISMISSING CASE |

  Pursuant to the parties' stipulation to reopen this case for the purpose of entering a stipulation and the Court's reopening the case, it is hereby ordered that this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

Date: Jan. 26, 2009

United States Magistrate Judge

-1-